# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 21-cr-01559-H |
|---|---|
| v. | ) **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT FOR DEFENDANT FRANK TUCKER** |
| FRANK TUCKER (6), | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed with prejudice only as to Defendant 6 Frank Tucker.

IT IS SO ORDERED.

DATED: March 17, 2023

_____
The Honorable Marilyn L. Huff
United States District Court